✎AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

### Southern District of Illinois

FILED

FEB 17 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Donathan D. Brown | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No.  4:00CR40098-001

USM No. 05263-025

Judith A. Kuenneke, AFPD
_____
Defendant's Attorney

## THE DEFENDANT:

☑ admitted guilt to violation of condition(s)   <u>as alleged below</u>   of the term of supervision.

☐ was found in violation of condition(s)   _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed offense of Driving on Suspended License. | 07/05/2009 |
| Standard # 2 | The defendant failed to submit monthly reports timely | 03/31/2009 |

The defendant is sentenced as provided in pages 2 through   <u>3</u>   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s)   _____   and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: <u>6958</u>

Defendant's Year of Birth:   <u>1980</u>

City and State of Defendant's Residence:
Carbondale, IL 62901

02/12/2010
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                              District Judge
_____
Name and Title of Judge

February 17 2010
_____
Date

AO 245D  (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:  Donathan D. Brown
CASE NUMBER:  4:00CR40098-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 5 | The defendant failed to maintain regular employment | |
| Standard # 6 | The defendant failed to notify probation of change of residence/employment | 07/22/2009 |
| Standard # 11 | The defendant failed to notify probation within 72 hours of being arrested | 07/05/2009 |
| Special | The defendant failed to participate in a program for substance abuse testing | 03/21/2008 |
| Special | The defendant failed to complete 25 hours community service work while unemployed. | |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: Donathan D. Brown
CASE NUMBER: 4:00CR40098-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

8 months (The Execution of sentence is STAYED until 5/14/2010

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☑   The defendant shall surrender to the United States Marshal for this district:

    ☑   at __01:00__   ☐ a.m.   ☑ p.m.   on __05/14/2010__ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL